No. 76–6458.   BAXTER *v.* CORNETT, WARDEN.   C. A. 5th Cir. Certiorari denied.

No. 76–6491.   BALL *v.* WYRICK, WARDEN.   C. A. 8th Cir. Certiorari denied.

No. 76–6504.   WHARFF *v.* WARNER.   Sup. Ct. Iowa. Certiorari denied.

No. 76–6515.   HUGHES *v.* AULT, COMMISSIONER, DEPARTMENT OF OFFENDER REHABILITATION OF GEORGIA.   C. A. 5th Cir.   Certiorari denied.

No. 76–6518.   KNIGHTEN *v.* BRODERICK.   Sup. Ct. Miss. Certiorari denied.

No. 76–6519.   GRIFFIN *v.* VIRGINIA.   Sup. Ct. Va. Certiorari denied.

No. 76–6520.   AKRIDGE *v.* HOPPER, WARDEN.   C. A. 5th Cir. Certiorari denied.

No. 76–6521.   JONES *v.* HADICAN.   C. A. 8th Cir. Certiorari denied.

No. 76–6527.   GUELKER *v.* MISSOURI.   Sup. Ct. Mo. Certiorari denied.

No. 76–6529.   YOCUM *v.* ILLINOIS.   Sup. Ct. Ill. Certiorari denied.

No. 76–6534.   LEE *v.* LOUISIANA.   Sup. Ct. La.   Certiorari denied.

No. 76–6535.   TURNBOUGH *v.* WYRICK, WARDEN.   C. A. 8th Cir.   Certiorari denied.

No. 76–6537.   STEVENS ET AL. *v.* CALIFORNIA.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 76–6540.   RAITPORT *v.* DODD ET AL.   C. A. 3d Cir. Certiorari denied.